### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAs) NON-ARTERITIC ANTERIOR ISCHEMIC OPTIC NEUROPATHY PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>MDL No. 3163<br>2:25-md-3163<br>01-md-3163 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS / ALL CASES* | HON. KAREN SPENCER MARSTON |

### SUGGESTIONS FOR FEBRUARY 10, 2026 CONFERENCE AGENDA

Pursuant to this Court's Order on January 26, 2026 (Doc. No. 22), undersigned counsel met and conferred in anticipation of the February 10, 2026 Conference and jointly suggest the following topics for inclusion on the Court's agenda:

1. MDL docket overview

2. Update on related state court litigations (Indiana, New Jersey)

3. Plaintiffs' Leadership

4. Science Day planning

5. Initial CMOs

6. Master pleadings and administrative termination of pending motions to dismiss (*Kane*, 2:25-cv-07216; *Golmon*, 2:25-cv-7293)

7. Management of mixed injury cases (*Brown*, 2:25-cv-06482; *Lee*, 2:25-cv-06099; *Marsh*, 2:25-cv-05856; *Morris*, 2:25-cv-04106; and *Ralph*, 2:25-cv-01376)

Dated: February 3, 2026                Respectfully submitted,

*/s/ Katherine W. Insogna*
Katherine W. Insogna (admitted *pro hac vice*)
**DLA PIPER LLP (US)**

33 Arch Street, 26th Floor
Boston, MA 02110
Telephone: (617) 406-6000
Facsimile: (617) 406-6100
katie.insogna@us.dlapiper.com

Loren H. Brown (admitted *pro hac vice*)
Lucas P. Przymusinski (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4846
Facsimile: (212) 335-4501
loren.brown@us.dlapiper.com
lucas.przymusinski@us.dlapiper.com

Ilana H. Eisenstein (PA Bar No. 94907)
Raymond M. Williams (PA Bar No. 90771)
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 606-3301
ilana.eisenstein@us.dlapiper.com
raymond.williams@us.dlapiper.com

*Attorneys for Defendants*
*Novo Nordisk A/S and Novo Nordisk Inc.*


*/s/ Samuel W. Silver*
Samuel W. Silver (PA Bar No. 56596)
Catherine M. Recker (PA Bar No. 56813)
Bruce P. Merenstein (PA Bar No. 82609)
Abigail T. Burton (PA Bar No. 334450)
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
ssilver@welshrecker.com
cmrecker@welshrecker.com
bmerenstein@welshrecker.com
aburton@welshrecker.com

James F. Hurst, P.C. (admitted *pro hac vice*)
Renee D. Smith (admitted *pro hac vice*)
Diana M. Watral, P.C. (admitted *pro hac vice*)

**KIRKLAND & ELLIS**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.hurst@kirkland.com
renee.smith@kirkland.com
diana.watral@kirkland.com

Mark Premo-Hopkins, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
mark.premohopkins@kirkland.com

Jonathan M. Redgrave (admitted *pro hac vice*)
Erica B. Zolner (admitted *pro hac vice*)
**REDGRAVE LLP**
4800 Westfields Blvd. | Suite 250
Chantilly, VA 20151
(703) 592-1155
jredgrave@redgravellp.com
ezolner@redgravellp.com

*Attorneys for Defendant Eli Lilly & Company*

*/s/ Parvin K. Aminolroaya*
Parvin K. Aminolroaya (admitted *pro hac vice*)
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
paminolroaya@seegerweiss.com

*/s/ Jonathan Orent*
Jonathan Orent (admitted *pro hac vice*)
**MOTLEY RICE LLC**
40 Westminster Street, 5th Floor
Providence, RI 02903
Telephone: (401) 457-7700
jorent@motleyrice.com

*/s/ Sarah Ruane*
Sarah Ruane (admitted *pro hac vice*)
**WAGSTAFF & CARTMELL**

3

4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (813) 701-1123
sruane@wcllp.com

*/s/ Jonathan Sedgh*
Jonathan Sedgh (admitted *pro hac vice*)
**MORGAN & MORGAN**
199 Water Street, Suite 1500
New York, NY 10038
Telephone: (212) 738-6299
jsedgh@forthepeople.com

*Proposed Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, a true and correct copy of the foregoing Suggestions for February 10, 2026 Conference Agenda was electronically filed using the Court's CM/ECF System, which will send notification of such filing to all counsel of record.

                                          */s/ Katherine W. Insogna*
                                          Katherine W. Insogna