**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) NON-ARTERITIC ANTERIOR ISCHEMIC OPTIC NEUROPATHY PRODUCTS LIABILITY LITIGATION** | : : : : : : | **CIVIL ACTION** |
| | | **MDL No. 3163** |
| | | **25-md-3163** |
| | | **01-md-3163** |
| | : | |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : : | |
| *ALL ACTIONS/ALL CASES* | : : : | **HON. KAREN SPENCER MARSTON** |

<u>**CASE MANAGEMENT ORDER NO. 5**</u>

**PLAINTIFFS' COUNSEL**

**AND NOW**, this 23rd day of February, 2026, upon consideration of Plaintiffs' Amended Proposed Slate for Plaintiff Leadership, it is **ORDERED** as follows:

1.     The following three counsel are appointed as Co-Lead Counsel for Plaintiffs: (i) Parvin Aminolroaya of Seeger Weiss LLP, (ii) Jonathan D. Orent of Motley Rice LLC, and (iii) Sarah Ruane of Wagstaff and Cartmell LLP.

2.     The following counsel are appointed to Plaintiffs' Executive Committee:

| | |
|---|---|
| Jason Goldstein | Bradley Honnold |
| Parker Waichman | Goza & Honnold |
| *PEC Co-chair* | *PEC Co-chair* |
| *Federal-State Court Liaison* | |
| | |
| Keith Verrier | Maxwell Kelly |
| Levin Sedran & Berman | Seeger Weiss |
| | |
| Grace Chandler | Ryan Duplechin |
| Motley Rice | Beasley Allen Law Firm |
| | |
| W. Cameron Stephenson | Hannah Pfeiffler |
| Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey | Aylstock, Witkin, Kries & Overholtz |

|  |  |
|---|---|
| Sara Schramm<br>Hammers Law Firm | Craig Silverman<br>Sullivan Papain Block McManus<br>Coffinas & Cannavo |
| Evan Buxner<br>Gori Law Firm | |

3.      The following two counsel are appointed as Plaintiffs' Liaison Counsel: (i) Roberta Liebenberg of Fine, Kaplan & Black, and (ii) Nina Spizer of Dilworth Paxson.

4.      Beginning with the in person conference scheduled for March 9, 2026, and at each monthly conference going forward, Plaintiffs Co-Lead Counsel shall report on the inventory of filed and unfiled cases that are expected to be filed in either this MDL or the related state court actions by those firms holding leadership positions.[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**

---

[1] Defendants have asked the Court to impose additional restrictions on those attorneys assigned to leadership positions, including a limitation on counsels' ability to file in state court cases that would qualify for inclusion in this MDL.  After reviewing the parties briefing on this issue (Doc. Nos. 32, 33, 47), the Court declines to impose such a restriction at this time.  Although the Court is extremely concerned about the potential for forum shopping—especially given the representations made by attorneys in the related MDL No. 3094—there are other methods for Defendants to address those concerns (e.g., forum non conveniens motions in state court).