**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) NON-ARTERITIC ANTERIOR ISCHEMIC OPTIC NEUROPATHY PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION**<br><br>**MDL No. 3163**<br>**25-md-3163**<br>**01-md-3163** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS/ALL CASES*** | : | **HON. KAREN SPENCER MARSTON** |

**CASE MANAGEMENT ORDER NO. 14**

**AND NOW**, this 27th day of August, 2026, upon consideration of the parties' proposed schedules and in furtherance of the case management of this MDL No. 3163, it is **ORDERED** that the following deadlines shall govern early discovery and motion practice on the cross cutting issues of general causation and preemption/warning adequacy (*see* CMO 12), as well as the submission of master pleadings and proposed plaintiff fact sheets (PFS):

| | |
|---|---|
| September 25, 2026 | Deadline to submit joint or competing PFS and PFS enabling order(s) |
| October 28, 2026 | Deadline for Plaintiffs to submit their Master Complaint |
| December 18, 2026 | Deadline for Lilly fact discovery |
| February 26, 2027 | Deadline for Novo fact discovery |
| March 26, 2027 | Deadline for Plaintiffs to serve expert reports |
| April 23, 2027 | Deadline for Defendants to serve expert reports |
| April 30, 2027 | Deadline for Plaintiffs to serve rebuttal reports |
| June 4, 2027 | Deadline for completion of expert depositions |

| | |
|---|---|
| July 2, 2027 | Deadline for the submission of: (1) motions to exclude expert opinions under Rule 702 and initial briefs; (2) summary judgment motions and initial briefs |
| August 13, 2027 | Deadline for the submission of briefs in opposition to Rule 702 and summary judgment motions |
| August 31, 2027 | Deadline for the submission of reply briefs in support of Rule 702 and summary judgment motions |

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**