**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) NON-ARTERITIC ANTERIOR ISCHEMIC OPTIC NEUROPATHY PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION** |
| | : | **MDL No. 3163**<br>**25-md-3163**<br>**01-md-3163** |
| **THIS DOCUMENT RELATES TO:** | : | **HON. KAREN SPENCER MARSTON** |
| ***ALL ACTIONS/ALL CASES*** | : | |

**Exhibit A**
**PARTICIPATION AGREEMENT**

**THIS AGREEMENT** is made this ____ day of ______________, ________, by and between the Plaintiffs' Leadership Group appointed by the United States District Court for the Eastern District of Pennsylvania in MDL 3163 and ______________________________________

**[Name of the Firm]**

1. Purpose: This Participation Agreement is a private cooperative agreement between plaintiffs' attorneys to share Common Benefit Work Product pursuant to Case Management Number ("CMO") 15, the Order Establishing Time and Expense Protocol and Common Benefit Fund. Any plaintiffs' attorney who executes this Agreement or who is otherwise bound to this Participation Agreement by CMO 15 ("Participating Counsel") is eligible to receive the Common Benefit Work Product created by those attorneys who have also executed, or have been deemed to have executed, the Participation Agreement, regardless of the venue in which the attorneys' cases are pending, as described below:

a. Upon request of Participating Counsel, and to the extent developed, Participating Counsel is eligible to receive the following Common Benefit Work Product:

i. the PEC's electronic medical literature repository;

ii. MDL deposition transcripts and exhibits, including expert depositions;

iii. copies of expert reports;

iv. access to the documents repository and the review notes/categorizations for all reviewed documents;

v. copies of all filed PEC motions and briefs including motions in limine;

vi. trial exhibit lists, if developed;

vii. trial deposition designations, if developed;

viii. PEC internal summaries of any MDL depositions;

ix. Trial preparation information, if developed, and a trial is scheduled of Participating Counsel's case;

2. Required Assessment Fee: Subject to the terms of CMO 15, all plaintiffs and their attorneys who agree to settle, compromise, dismiss, or reduce the amount of a claim, with or without trial, recover a judgment for monetary damages or other monetary relief, including compensatory and punitive damages, for any GLP-1 NAION claims are subject to an assessment of the Gross Monetary Recovery of 9% from the gross monetary recovery for the GLP-1 NAION Fee Fund and 2% from the gross monetary recovery for the GLP-1 NAION Expense Fund. Such assessment shall be applicable to every case—filed or unfiled—in which the undersigned Participating Counsel and their law firm have any fee interest.

3. Court Approval: Any amount allocated, subject to a subsequent Order by the MDL Court, to compensate common benefit fees and/or to reimburse common benefit expenses that have been incurred in *In Re Glucagon-like Peptide-1 Receptor Agonists Non-Arteritic Anterior Ischemic Optic Neuropathy Products Liability Litigation*, MDL No. 3163 shall be available for distribution to attorneys who have performed professional services or incurred expenses for the common benefit and who are Participating Counsel as defined in CMO 15. The MDL Court retains jurisdiction over any common benefit award. The undersigned Participating Counsel, on behalf of themselves, their affiliated counsel, and their clients, hereby consents to the jurisdiction of the MDL Court in connection with any common benefit award. Each Participating Counsel who does common benefit work pursuant to CMO 15 has the right to present

their claim(s) for compensation and reimbursement prior to any decision by the Court. It is expected that due consideration of payment of common benefit fees and expenses will be given to the recommendation of Plaintiffs' Common Benefit Fee Committee, should one be created, by the MDL Court.

Execute below:

I ________________________[name of lawyer executing the Agreement] hereby represent to the Plaintiffs' Executive Committee that I have the authority to execute this Agreement on behalf of my law firm and have the authority to bind my law firm and cases in which the firm is entitled to attorneys' fees to the terms of this Agreement.

I ________________________[name of lawyer executing the Agreement] hereby certify that my law firm desires to be a Participating Counsel as defined in CMO 15, and is subject to CMO 15 and any subsequent Orders regarding an assessment for fees and costs as outlined in CMO 15 and herein.

____________________________________________

Date: