**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) NON-ARTERITIC ANTERIOR ISCHEMIC OPTIC NEUROPATHY PRODUCTS LIABILITY LITIGATION** | **CIVIL ACTION**<br><br>**MDL NO. 3163**<br><br>**HON. KAREN SPENCER MARSTON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS/ALL CASES*** | |

**NOTICE OF APPEARANCE**

Kindly enter my appearance as co-counsel on behalf of Plaintiffs John Judge and Maureen Judge, H/W, in *Judge v. Novo Nordisk, Inc.*, Docket No. 2:26-cv-04325-KSM, in the above-captioned matter.

Respectfully submitted,

**THE BEASLEY FIRM**

*/s/ Jillian E. Johnston*

JILLIAN E. JOHNSTON
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
(215) 592-8360 (facsimile)
jill.johnston@beasleyfirm.com

DATE: September 28, 2026