**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUGAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) NON-ARTERITIC ANTERIOR ISCHEMIC OPTIC NEUROPATHY PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION**<br><br>**MDL No. 3163**<br>**25-md-3163**<br>**01-md-3163** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS/ALL CASES*** | : | **Filed Conditionally Under Seal Pursuant to Order Re: Filing Documents Under Seal [89-2]** |

**MASTER LONG FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

Filed conditionally under seal pursuant to Order RE: Filing Documents Under Seal ECF [89-2]