**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) NON-ARTERITIC ANTERIOR ISCHEMIC OPTIC NEUROPATHY PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION**<br><br>**MDL No. 3163**<br>**25-md-3163**<br>**01-md-3163** |
| **THIS DOCUMENT RELATES TO:** | : | **HON. KAREN SPENCER MARSTON** |
| ***ALL ACTIONS/ALL CASES*** | : | |

**ORDER**

**AND NOW**, this 11th day of November, 2026, it is **ORDERED** that the in person status conference previously scheduled for November 17, 2026 at 11:00 a.m. (*see* Doc. No. 86) is **CANCELLED**. This Order ***does not*** affect the in person status conference scheduled for December 15, 2026.

**IT IS SO ORDERED.**

***/s/ Karen Spencer Marston***
**KAREN SPENCER MARSTON, J.**