**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) NON-ARTERITIC ANTERIOR ISCHEMIC OPTIC NEUROPATHY PRODUCTS LIABILITY LITIGATION** | : | **CIVIL ACTION** |
| | : | **MDL No. 3163**<br>**25-md-3163**<br>**01-md-3163** |
| **THIS DOCUMENT RELATES TO:** | : | **HON. KAREN SPENCER MARSTON** |
| ***ALL ACTIONS/ALL CASES*** | : | |

**ORDER**

**AND NOW**, this 11th day of November, 2026, it is **ORDERED** that the parties shall appear in Courtroom 16B for a **STATUS CONFERENCE** before the Honorable Karen Spencer Marston on the following days:

- **January 19, 2027 at 11:00 a.m.**
- **February 23, 2027 at 11:00 a.m.**
- **March 30, 2027 at 11:00 a.m.**
- **April 27, 2027 at 11:00 a.m.**
- **May 18, 2027 at 11:00 a.m.**
- **June 22, 2027 at 11:00 a.m.**
- **July 30, 2027 at 11:00 a.m.**

Counsel are encouraged to meet and confer with each other in anticipation of these conferences. Any counsel may individually or on some joint basis submit no later than close-of-business on the day one week prior to the conference any suggestions(s) for the agenda. The Court will circulate the final agenda no later than one day before the conference. The Court also

encourages any counsel who will seek reimbursement for travel expenses from a common benefit fund to attend the conferences remotely.[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**

[1] The Court previously shared the remote access information for these conferences with leadership counsel. The access information is also listed on the Court's website for this MDL.